```
IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: November 05, 2010
```


```
_____
       Smrh/MaerCuley
       SARAH S. CURLEY
       U.S. Bankruptcy Judge
_____
```

# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-26188

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-29360-SSC |
| Claudio G. Rivas and Martha M. Rivas | Chapter 7 |
| Debtors. | ORDER |
| Wells Fargo Bank, N.A. | |
| Movant, | (Related to Docket #9) |
| vs. | |
| Claudio G. Rivas and Martha M. Rivas, Debtors, Jill H. Ford, Trustee. | |
| Respondents. | |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 13, 2008 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Claudio G. Rivas and Martha M. Rivas have an interest in, further described as:

> LOT 54, DOBSON PLACE-PARCEL 1, ACCORDING TO BOOK 456 OP MAPS, PAGE 15, RECORDS OP MARICOPA COUNTY, ARIZONA

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.